NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1462, -1463, -1464, -1465

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),

Plaintiff/Third Party Defendant-
Appellant,

and

ORION IP, LLC (now known as Clear With Computers LLC)
and ERICH SPANGENBERG,

Third Party Defendant-Appellants,

v.

DAIMLERCHRYSLER CORPORATION, CHRYSLER FINANCIAL, LLC, and
DAIMLERCHRYSLER COMPANY, LLC,

Defendants-Appellees,

and

CHRYSLER HOLDING, LLC,

Defendant/Third Party Plaintiff-Appellee,

and

MERCEDES-BENZ USA, INC. and CHRYSLER LLC,

Defendants/Third Party Plaintiffs-Cross
Appellants.

Appeals from the United States District Court for the Western District of
Wisconsin in case no. 07-CV-158, Chief Judge Barbara B. Crabb.

2008-1474, -1477

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),

Defendant-Cross-Appellant,

v.

HYUNDAI MOTOR AMERICA,

Defendant-Cross Appellant,

and

REEBOK INTERNATIONAL, LTD.,

Defendant,

and

POLO RALPH LAUREN CORP.,

Defendant,

and

MICHELIN NORTH AMERICA, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-477, Chief Judge Barbara B. Crabb.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Michelin North America, Inc. moves to substitute Michael E. Jones as principal counsel. Taurus IP, LLC opposes-in-part. Michelin replies. Chrysler LLC also files a notice for suggestion of bankruptcy.

2008-1462, et al. 2

Regarding Taurus's opposition, Taurus may respond in its brief concerning what issues it believes that Michelin may raise in its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     Michelin's motion to substitute counsel is granted.

(2)     The briefing schedule is temporarily stayed. The parties are directed to respond within 21 days of the date of filing of this order concerning whether the briefing schedules in all of these appeals should be stayed, pending disposition of the bankruptcy proceedings.

FOR THE COURT

**MAY 1 9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 9 2009

JAN HORBALY
CLERK

cc:
Jon E. Wright, Esq.
Elizabeth A. Wiley, Esq.
Mitchell G. Stockwell, Esq.
Gene C. Schaerr, Esq.
Barry J. Schindler, Esq.
Michael E. Jones, Esq.

s19

2008-1462, et al.                    3